**Renee FEREBEE, Plaintiff-Appellant,**

v.

**NATIONAL CONFERENCE OF STATE LEGISLATURES; Bill Pound, Executive Director; Carl Tubbesing, Director Retired, Defendants-Appellees.**

No. 17-2296

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Renee Ferebee, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Ferebee appeals the district court's order denying her second motion for reconsideration of the court's prior order dismissing Ferebee's civil action against her former employer and other named defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Ferebee does not challenge the basis for the district court's disposition in her informal brief. Thus, Ferebee has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*